```
           IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:06MJ3053 |
| v. | ) | |
| | ) | |
| VICTORINA GONZALEZ-MATUL, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

Since the defendant will be released to an ICE detainer,

IT IS ORDERED, the Order Setting Conditions of Release is hereby amended by striking the handwritten material in the Directions to the U.S. Marshal.  The defendant shall be released to ICE officers upon direction of the undersigned following completion of the investigation to be conducted by the pretrial services officer and after the report thereof has been reviewed by the court and counsel.

DATED this 3rd day of January, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge